AO 91 (Rev 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
Luis Miguel Baez, et al.

*Defendant*

Case No. 09m-1154-JGD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about 02/09 to 12/18/09 in the county of Suffolk and Essex in the _____ District of Massachusetts, the defendant violated 21 U.S.C. § 841(a)(1) and 846, an offense described as follows:

Conspiracy to possess with intent to distribute 100 grams or more of heroin, in violation of 21 U.S.C. 841(a)(1) and 846

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Kevin P. O'Neil, Task Force Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/18/2009

*Judge's signature*

City and state: Boston, Massachusetts

Judith G. Dein, Chief U.S. Magistrate Judge
*Printed name and title*