℅JS 45 (5/97) - (Revised USAO MA 1/15/05)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

Place of Offense: __Massachusetts__    Category No. __I__    Investigating Agency __DEA__

City __Boston__

County __Suffolk__

Related Case Information:
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Manuel Santiago__    Juvenile ☐ Yes ☒ No

Alias Name __"Sauco"__

Address __57 Franklin Hill Ave., Dorchester, MA  02124__

Birth date (Year only): __1964__  SSN (last 4 #): __3905__  Sex __M__  Race: __Unknown__  Nationality: _____

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Theodore B. Heinrich__  Bar Number if applicable _____

Interpreter: ☐ Yes ☐ No  List language and/or dialect: _____

Victims: ☐ Yes ☒ No  If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☒ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☒ Complaint ☐ Information ☐ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12/18/09__  Signature of AUSA: _(signed)_

✎JS 45  (5/97) - (Revised USAO MA 11/15/05)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     Manuel Santiago

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute and possess with intent | one |
| Set 2 | and 21 U.S.C. §841(a)(1) | to distribute one hundred grams or more of | |
| Set 3 | | heroin | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**